B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northwoods Pallets, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-4066106** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**925 West River St., Ste. 11**<br>**Chippewa Falls, WI**<br>ZIP Code **54729** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chippewa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northwoods Pallets, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location | Case Number: | Date Filed: |
|---|---|---|
| Where Filed:  **- None -** | | |
| Location | Case Number: | Date Filed: |
| Where Filed: | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **- None -** | | |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ |
| | Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northwoods Pallets, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

**Signature of Attorney***

X **/s/ Daniel R. Freund**
_____

Signature of Attorney for Debtor(s)

**Daniel R. Freund 1010166**
_____

Printed Name of Attorney for Debtor(s)

**Freund Law Office**
_____

Firm Name

**920 S. Farwell Street, Ste. 1800**
**P.O.  Box 222**
**Eau Claire, WI 54702-0222**

_____

Address

**Email: freundlaw@fastmail.fm**

**715.832.5151**
_____

Telephone Number

**May 19, 2015**
_____

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas Swoboda**
_____

Signature of Authorized Individual

**Thomas Swoboda**
_____

Printed Name of Authorized Individual

**Member**
_____

Title of Authorized Individual

**May 19, 2015**
_____

Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Northwoods Pallets, LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ace Industrial Supply, Inc. Attn: Presdnt, Gen.Partner or Member 7535 San Fernando Blvd. Burbank, CA 91505-1044 | Ace Industrial Supply, Inc. Attn: Presdnt, Gen.Partner or Member 7535 San Fernando Blvd. Burbank, CA 91505-1044 | supplies or services | | 7,306.00 |
| Associated Bank Attn: Presdnt, Gen.Partner or Member 2870 Holmgren Way P.O. Box 19097 Green Bay, WI 54307 | Associated Bank Attn: Presdnt, Gen.Partner or Member 2870 Holmgren Way Green Bay, WI 54307 | LOC | | 15,000.00 |
| Charter Communications / Spectrum Attn: Presdnt, Gen.Partner or Member P.O. Box 2981 Milwaukee, WI 53201-2981 | Charter Communications / Spectrum Attn: Presdnt, Gen.Partner or Member P.O. Box 2981 Milwaukee, WI 53201-2981 | services | | 293.94 |
| Heartland Fab & Mach. Attn: Presdnt, Gen.Partner or Member 207 No. St. Augustine St. Pulaski, WI 54162 | Heartland Fab & Mach. Attn: Presdnt, Gen.Partner or Member 207 No. St. Augustine St. Pulaski, WI 54162 | supplies or service | | 1,300.00 |
| IRS (USA) P.O. Box 7346 Philadelphia, PA 19101-7346 | IRS (USA) P.O. Box 7346 Philadelphia, PA 19101-7346 | payroll taxes | | 170,000.00 |
| Lawrence Leasing, Inc. c/o Atty. Wm. G. Cottrell 2287 Waters Drive Saint Paul, MN 55120 | Lawrence Leasing, Inc. c/o Atty. Wm. G. Cottrell 2287 Waters Drive Saint Paul, MN 55120 | Chippewa County Jmt. transferred from Goodhue County District Court, MN 25-CV-13-2817 | | 311,962.57 |
| Middlesex Insurance Attn: Presdnt, Gen.Partner or Member 1800 North Point Dr. Stevens Point, WI 54481 | Middlesex Insurance Attn: Presdnt, Gen.Partner or Member 1800 North Point Dr. Stevens Point, WI 54481 | insurance | | 3,511.00 |

B4 (Official Form 4) (12/07) - Cont.

In re      **Northwoods Pallets, LLC**                                              Case No.  _____

                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| NWP Logistics<br>Attn: Presdnt, Gen.Partner or Member<br>925 West River St., Ste. 11<br>Chippewa Falls, WI 54729 | NWP Logistics<br>Attn: Presdnt, Gen.Partner or Member<br>925 West River St., Ste. 11<br>Chippewa Falls, WI 54729 | service or supplies | | 4,500.00 |
| Pregent Development LLC<br>Attn: Presdnt, Gen.Partner or Member<br>975 West River ST.<br>Chippewa Falls, WI 54729 | Pregent Development LLC<br>Attn: Presdnt, Gen.Partner or Member<br>975 West River ST.<br>Chippewa Falls, WI 54729 | service or supplies | | 7,200.00 |
| David H. Raihle, Jr.<br>Attorney at Law<br>99 E. Grand Avenue<br>Chippewa Falls, WI 54729-2553 | David H. Raihle, Jr.<br>Attorney at Law<br>99 E. Grand Avenue<br>Chippewa Falls, WI 54729-2553 | services | | 4,767.35 |
| Swoboda Transportation, LLC<br>Attn: Presdnt, Gen.Partner or Member<br>10410 Cty. Hwy. B<br>Chippewa Falls, WI 54729 | Swoboda Transportation, LLC<br>Attn: Presdnt, Gen.Partner or Member<br>10410 Cty. Hwy. B<br>Chippewa Falls, WI 54729 | service or supplies | | 20,386.10 |
| Tambornino Sanitation LLC<br>Attn: Presdnt, Gen.Partner or Member<br>P.O. Box 148<br>Chippewa Falls, WI 54729 | Tambornino Sanitation LLC<br>Attn: Presdnt, Gen.Partner or Member<br>P.O. Box 148<br>Chippewa Falls, WI 54729 | services | | 387.00 |
| Thaler Oil<br>Attn: Presdnt, Gen.Partner or Member<br>310 S. Main ST.<br>Chippewa Falls, WI 54729 | Thaler Oil<br>Attn: Presdnt, Gen.Partner or Member<br>310 S. Main ST.<br>Chippewa Falls, WI 54729 | supplies or service | | 1,662.74 |
| Toyota Lift of MN<br>Attn: Presdnt, Gen.Partner or Member<br>8601 Xylon Ct.<br>Minneapolis, MN 55445 | Toyota Lift of MN<br>Attn: Presdnt, Gen.Partner or Member<br>8601 Xylon Ct.<br>Minneapolis, MN 55445 | service or supplies | | 2,593.23 |
| United Trailer Leasing<br>Attn: Presdnt, Gen.Partner or Member<br>10250 Xylite St. NE<br>Minneapolis, MN 55449 | United Trailer Leasing<br>Attn: Presdnt, Gen.Partner or Member<br>10250 Xylite St. NE<br>Minneapolis, MN 55449 | service or supplies | | 4,500.00 |
| WI Dept. of Workforce Dvlpmt<br>Collections Section (UI)<br>P.O. Box 8914<br>Madison, WI 53708 | WI Dept. of Workforce Dvlpmt<br>Collections Section (UI)<br>P.O. Box 8914<br>Madison, WI 53708 | DWD | | 10,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Northwoods Pallets, LLC**

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WI Dept. of Workforce Dvlpmt**<br>**Collections Section (UI)**<br>**P.O. Box 8914**<br>**Madison, WI 53708** | **WI Dept. of Workforce Dvlpmt**<br>**Collections Section (UI)**<br>**P.O. Box 8914**<br>**Madison, WI 53708** | **unemployment insurance** | | **5,000.00** |
| **Wisconsin Dept. of Revenue**<br>**P.O. Box 8960**<br>**Madison, WI 53708-8960** | **Wisconsin Dept. of Revenue**<br>**P.O. Box 8960**<br>**Madison, WI 53708-8960** | **payroll taxes** | | **50,000.00** |
| **Wisconsin Dept. of Revenue**<br>**P.O. Box 8902**<br>**Madison, WI 53708-8902** | **Wisconsin Dept. of Revenue**<br>**P.O. Box 8902**<br>**Madison, WI 53708-8902** | **Chippewa County Jmt for employment taxes** | | **2,000.72** |
| **Xcel Energy**<br>**Attn: Presdnt, Gen.Partner or Member**<br>**PO Box 8**<br>**Eau Claire, WI 54702-0008** | **Xcel Energy**<br>**Attn: Presdnt, Gen.Partner or Member**<br>**PO Box 8**<br>**Eau Claire, WI 54702-0008** | **utilities** | | **983.95** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 19, 2015**

Signature  **/s/ Thomas Swoboda**

**Thomas Swoboda**
**Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Attorney General
10th Street & Constitution Ave NW
Washington, DC 20530

DNR
State of Wisconsin
Box 7921
Madison, WI 53707

Special Procedures Unit
WI Dept of Revenue
P.O. Box 8901
Madison, WI 53708-8901

DWD - WC
P.O. Box 7948
Madison, WI 53707-7948

DWD-UI
Collections Section
P.O. Box 8914
Madison, WI 53708-8914

IRS (USA)
P.O. Box 7346
Philadelphia, PA 19101-7346

Chex Systems, Inc
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

TeleCheck Services, Inc
5251 Westheimer Road
Houston, TX 77056-5415

Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260-1619

Experian
P.O. Box 4500
Allen, TX 75013

Equifax Credit Information Srvcs
P.O. Box 740241
Atlanta, GA 30374

TransUnion Cons. Solutions
P.O. Box 2000
Chester, PA 19022-2000

U.S. Attorney's Office
222 West Washington Ave., Ste. 700
Madison, WI 53703

Ace Industrial Supply, Inc.
Attn: Presdnt, Gen.Partner or Member
7535 San Fernando Blvd.
Burbank, CA 91505-1044

Associated Bank
Attn: Presdnt, Gen.Partner or Member
2870 Holmgren Way
P.O. Box 19097
Green Bay, WI 54307

AT&T Mobility
Attn: Presdnt, Gen.Partner or Member
P.O. Box 6463
Carol Stream, IL 60197-6463

Charter Communications / Spectrum
Attn: Presdnt, Gen.Partner or Member
P.O. Box 2981
Milwaukee, WI 53201-2981

EMC National Life Company
Attn: Presdnt, Gen.Partner or Member
P.O. Box 9202
Des Moines, IA 50306-9202

G&K Services
Attn: Presdnt, Gen.Partner or Member
P.O. Box 842385
Boston, MA 02284-2385

Heartland Fab & Mach.
Attn: Presdnt, Gen.Partner or Member
207 No. St. Augustine St.
Pulaski, WI 54162

Lawrence Leasing, Inc.
c/o Atty. Wm. G. Cottrell
2287 Waters Drive
Saint Paul, MN 55120

Local Tissue Products
Attn: Presdnt, Gen.Partner or Member
6089 50th St.
Chippewa Falls, WI 54729

Middlesex Insurance
Attn: Presdnt, Gen.Partner or Member
1800 North Point Dr.
Stevens Point, WI 54481

NWP Logistics
Attn: Presdnt, Gen.Partner or Member
925 West River St., Ste. 11
Chippewa Falls, WI 54729

NWP Logistics, LLC
Attn: Mathew Swoboda
925 W. River St., Ste. 11
Chippewa Falls, WI 54729

Orkin
Attn: Presdnt, Gen.Partner or Member
1617 Westgate Rd.
Eau Claire, WI 54703

Pregent Development LLC
Attn: Presdnt, Gen.Partner or Member
975 West River ST.
Chippewa Falls, WI 54729

David H. Raihle, Jr.
Attorney at Law
99 E. Grand Avenue
Chippewa Falls, WI 54729-2553

Swoboda Transportation, LLC
Attn: Presdnt, Gen.Partner or Member
10410 Cty. Hwy. B
Chippewa Falls, WI 54729

Tambornino Sanitation LLC
Attn: Presdnt, Gen.Partner or Member
P.O. Box 148
Chippewa Falls, WI 54729

Thaler Oil
Attn: Presdnt, Gen.Partner or Member
310 S. Main ST.
Chippewa Falls, WI 54729

Toyota Lift of MN
Attn: Presdnt, Gen.Partner or Member
8601 Xylon Ct.
Minneapolis, MN 55445

United Trailer Leasing
Attn: Presdnt, Gen.Partner or Member
10250 Xylite St. NE
Minneapolis, MN 55449

WI Dept. of Workforce Dvlpmt
Collections Section (UI)
P.O. Box 8914
Madison, WI 53708

Wisconsin Dept. of Revenue
P.O. Box 8902
Madison, WI 53708-8902

```
Wisconsin Dept. of Revenue
P.O. Box 8960
Madison, WI 53708-8960

Xcel Energy
Attn: Presdnt, Gen.Partner or Member
PO Box 8
Eau Claire, WI 54702-0008
```